No. 04–489. BROWARD YACHTS, INC. v. SEAGROVE TRADING, INC. C. A. 11th Cir. Certiorari denied.

No. 04–536. CITY OF NEW ORLEANS, LOUISIANA v. MUNICIPAL ADMINISTRATIVE SERVICES, INC. C. A. 5th Cir. Certiorari denied.

No. 04–570. MARTIN v. BOYD GAMING CORP., DBA M/V TREASURE CHEST CASINO, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–624. HAMMOND ET AL., IN THEIR OFFICIAL CAPACITY AS COMMISSIONERS OF THE IDAHO STATE TAX COMMISSION v. COEUR D'ALENE TRIBE OF IDAHO ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–668. MCBRIDE ET AL. v. ORTIZ. C. A. 2d Cir. Certiorari denied.

No. 04–705. BRYAN v. BELLSOUTH TELECOMMUNICATIONS, INC. C. A. 4th Cir. Certiorari denied.

No. 04–718. WILLIAMS ET AL. v. CONSOLIDATED CITY OF JACKSONVILLE, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–819. SWIFT-ECKRICH, INC., DBA CONAGRA REFRIGERATED FOODS v. UNITHERM FOOD SYSTEMS, INC. C. A. Fed. Cir. Certiorari denied.

No. 04–867. RODRIGUEZ v. VANDER JAGT ET AL.; and RODRIGUEZ v. HFP, INC., ET AL. Sup. Ct. Va. Certiorari denied.

No. 04–884. MILLER v. FIRSTAR BANK N. A. C. A. 6th Cir. Certiorari denied.

No. 04–887. SOETH ET VIR v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–890. DE LA VEGA-NAVARRO ET AL. v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.